RECEIVED
AUG 2 8 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RUSSELL G. WARE | CIVIL ACTION NO. 1:18-CV-00417 |
| VERSUS | JUDGE DRELL |
| DARREL VANNOY | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Ware's § 2254 habeas petition (Docs. 1, 10, 11) is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 28th day of August 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE